**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Gowndell Deon Cades, Appellant.

Appellate Case No. 2013-002327

_____

Appeal From Florence County
D. Craig Brown, Circuit Court Judge

_____

Unpublished Opinion No. 2015-UP-185
Submitted March 1, 2015 – Filed April 8, 2015

_____

**APPEAL DISMISSED**

_____

Appellate Defender Kathrine Haggard Hudgins, of Columbia; and Gowndell Deon Cades, pro se, for Appellant.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Edgar Lewis Clements, III, of Florence, all for Respondent.

_____

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**THOMAS, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.